1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHRIST ALEXANDER HANNA,

11              Plaintiff,                    No. CIV S-06-0452 GEB  CMK P

12        vs.

13  CITI BANK,

14              Defendants.           <u>FINDINGS & RECOMMENDATIONS</u>

15  _____/

16              Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C.

17  §1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915.  This

18  proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. §

19  636(b)(1).

20              The certificate portion of the request, which must be completed by plaintiff's

21  institution, had not been filled out.  Additionally, plaintiff did not file a certified statement of his

22  prison trust account for the six month period immediately proceeding the filing of the complaint.

23  28 U.S.C. § 1915(a)(2).

24              By order filed May 26, 2006, the court gave plaintiff an opportunity to submit the

25  corrected in forma pauperis form and a certified copy of this prison trust statement in support

26   of his application.  Plaintiff was warned that failure to comply with the court's May 26, 2006

order would result in a recommendation that his complaint be dismissed without prejudice.  To date, plaintiff has failed to submit either a corrected in forma pauperis form or a certified copy of his prison trust statement.

Additionally, on June 26, 2006, plaintiff filed a "Notice of Withdraw."  Plaintiff stated that due to financial burdens, lack of legal assistance and being incarcerated he is "withdrawing his petitions against Citi Bank as well as other Agencies..."  The court construes this as a motion for voluntary dismissal.

Based on the foregoing, the undersigned recommends that:

1.  This action be dismissed without prejudice for plaintiff's failure to file a corrected in forma pauperis form and a certified copy of this prison trust statement in support of his application; and

2.  This action be dismissed without prejudice based on plaintiff's June 26, 2006 request for voluntary dismissal.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).


DATED:   June 27, 2006.


                                                    _____
                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE

2